IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:17CR242 |
| v. | |
| SAMUEL STARKEY, | ORDER |
| Defendant. | |

This matter is before the Court on defendant Samuel Starkey's ("Starkey") letter seeking early termination of supervised release (Filing No. 129).

On March 23, 2018, Starkey pleaded guilty to Counts I and II of the Information, charging him with conspiracy to possess with intent to distribute a detectable amount of marijuana (Count I); and knowingly using and carrying a firearm during and in relation to the crime charged in Count I (Count II). On June 15, 2018, Starkey was sentenced to a term of 15 months imprisonment on Count I and 60 months consecutive on Count II.

Starkey completed his sentence and has served approximately 22 months of his 36-month term of supervision. He now seeks early termination.

The Court has reviewed the submissions by Starkey as well as input from the Probation Office noting that it does not support early termination given the nature of the underlying 18 U.S.C. § 924(c) firearms charge, and the United States Attorney's Office also objects to early termination.

While Starkey appears to have done well on supervised release to this point with no issues of non-compliance, given the nature of the underlying offense and his prior criminal history, the request for early termination is denied.

IT IS SO ORDERED.

2

Dated this 22nd day of October 2025.

BY THE COURT:

*Robert F. Rossiter, Jr.*
Robert F. Rossiter, Jr.
Chief United States District Judge

2