IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>SAMUEL STARKEY,<br>Defendant. | **8:17CR242**<br><br>**ORDER** |

This matter is before the Court on defendant Samuel Starkey's ("Starkey") *pro se* motion seeking early termination of supervised release (Filing No. 134). Starkey sought the same relief on September 15, 2025 (Filing No. 129), and again on March 12, 2026 (Filing No. 131). Those prior motions were denied (Filing Nos. 130 and 132).

On March 23, 2018, Starkey pleaded guilty to Counts I and II of the Information, charging him with conspiracy to possess with intent to distribute a detectable amount of marijuana (Count I); and knowingly using and carrying a firearm during and in relation to the crime charged in Count I (Count II). On June 15, 2018, Starkey was sentenced to a term of 15 months imprisonment on Count I and 60 months imprisonment on Count II (to be served consecutively).

The Court has reviewed this renewed submission by Starkey and notes that the position of the Probation Office and the United States Attorney's Office has not changed. In fact, on August 20, 2026, Starkey was sentenced to a $250 fine in Lancaster County District Court on a Reckless Driving charge.

Based upon the foregoing and based upon the Court's reasoning in the prior two requests for early termination of supervised release, and based upon the fact that Starkey's term of supervised release is set to expire within 3 months, his current request for early termination is denied.

IT IS SO ORDERED.

Dated this 16th day of September 2026.

BY THE COURT:

Robert F. Rossiter, Jr.
United States District Judge